1
2
3
4
5
6              UNITED STATES DISTRICT COURT

7          FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   KENNETH WILSON BARNETTE,              No.  2:24-cv-00743-EFB (PC)

10              Plaintiff,

11        v.                              ORDER

12   SACRAMENTO COUNTY SHERIFF
     DEPT, et al.,
13
                Defendants.
14

15        Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.  He has filed a

16   motion for discovery.  ECF No. 20.

17        Plaintiff's motion is premature.  Defendants have not yet filed an answer in this action.

18   (Defendants' motion to dismiss is currently pending.)  Should the case proceed beyond the

19   motion to dismiss stage, and upon the filing of defendants' answer, the court will issue a

20   scheduling order governing the discovery process.

21        Accordingly, plaintiff's motion for discovery (ECF No. 20) is DENIED.

22        SO ORDERED.

23   Dated: June 9, 2025

24                                         EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                              1